(88 South. 922)

AANONSEN v. STATE. (1 Div. 414.) (Court of Appeals of Alabama. April 19, 1921.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge. Defendant was convicted of murder in the second degree and appeals. Affirmed. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. There is no bill of exceptions. We find no error in the record, and the judgment is affirmed. Affirmed.

(92 South. 923)

ABRAHAMS v. STATE. (2 Div. 232.) (Court of Appeals of Alabama. Feb. 21, 1922.) Appeal from Circuit Court, Sumter County; R. I. Jones, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed.

(93 South. 924)

ADAMS v. STATE. (4 Div. 768.) (Court of Appeals of Alabama. June 20, 1922.) Appeal from Circuit Court, Geneva County; H. A. Pearce, Judge. N. H. Mixson, of Geneva, for appellant. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. The demurrers to the indictment do not appear, so far as the judgment discloses, to have been presented to or acted upon by the court. They are therefore not presented for review. No bill of exceptions, and no error apparent of record. Affirmed.

(91 South. 924)

ADKINS v. STATE. (8 Div. 903.) (Court of Appeals of Alabama. Nov. 29, 1921.) Appeal from Circuit Court, Limestone County; O. Kyle, Judge. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Defendant being a fugitive from justice, his appeal is dismissed.

(88 South. 923)

ALABAMA FOOD PRODUCTS CO. v. WOODRUFF. (6 Div. 754.) (Court of Appeals of Alabama. Nov. 9, 1920.) Appeal from Circuit Court, Jefferson County; John C. Pugh, Judge. Percy, Benners & Burr, of Birmingham, for appellant. Black & Harris, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by agreement of parties.

(93 South. 924)

ALABAMA NORTHERN RY. CO. v. HOGE. (7 Div. 780.) (Court of Appeals of Alabama. Oct. 24, 1922.) Appeal from Circuit Court, Clay County; W. L. Longshore, Judge. Action by S. C. Hoge against the Alabama Northern Railway Company. Judgment for plaintiff, and defendant appeals. Affirmed. Lackey, Pruet & Glass, of Ashland, for appellant. Garrison & Gay, of Ashland, for appellee.

BRICKEN, P. J. There were two cases between these parties both of which were tried jointly in the circuit court of Clay county. Separate judgments, however, were rendered in favor of the plaintiff in the court below, from which judgments an appeal was taken in each case to this court, and both appeals were submitted on briefs on May 30, 1922. In the division of cases June 15, 1922, between this court and the Supreme Court, one of these records was transferred by agreement to the Supreme Court. On June 30, 1922, the Supreme Court (through Somerville, J.) handed down an opinion in the case transferred to it, in which the judgment of the lower court appealed from was affirmed. Ala. Northern Ry. Co. v. Hoge (Ala. Sup.) 93 South. 517.[1] On the submission of these cases in this court, it was agreed and understood that the two cases be submitted together, and that the decision in one case should govern in the other. It follows, therefore, that the judgment appealed from in the instant case must be affirmed, on the authority of Alabama Northern Railway Co. v. S. C. Hoge, 207 Ala. 692, 93 South. 517. Affirmed.